UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION–DETROIT

IN RE:
MARSENA L TYRONCE,
  DEBTOR.
_____/

CHAPTER 13

CASE NO. 19-41124-PJS
JUDGE PHILLIP J SHEFFERLY

## ORDER ADJOURNING HEARING

This matter having come on for hearing on 4/16/19, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    Confirmation of Plan.

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

    IT IS HEREBY ORDERED that *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    The above referenced matter is adjourned to 6/25/19 at 9:00 a.m.

☒ Debtor file amended plan to treat residential lease and Rent-a-Center and to reflect pro-ration in section 2 by 5/6/19.

☒ Debtor shall file and serve amended schedules B & G on or before 5/6/19.

☒ Debtor shall provide 2018 tax return, pay advices, lawsuit documents and income from second job by 5/6/19.

IT IS FURTHER ORDERED that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Chapter 13 Trustee
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold St., Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

/s/ Alex Berry-Santoro
Alex Berry-Santoro (P81545)
Attorney for Debtor
BABUT LAW OFFICES PLLC
700 TOWER STE 1
YPSILANTI, MI 48198-5757
(734) 485-7000
wbabut@babutlaw.com

**Signed on April 19, 2019**

